# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 11-0003

STEVEN JOSEPH, ET AL.

VERSUS

CENTERPOINT ENERGY ENTEX, ET AL.

### CONSOLIDATED WITH

### 11-0002

CARL JONES, ET AL.

VERSUS

CENTERPOINT ENERGY ENTEX, ET AL.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NOS. 04-C-2184-D AND 04-C-2357-B
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Marc T. Amy, and Phyllis M. Keaty, Judges.

AFFIRMED.

Randolph A. Piedrahita
Kirk A. Guidry
B. Scott Andrews
Dué, Price, Guidry, Piedrahita & Andrews, P.A.
8201 Jefferson Highway
Baton Rouge, LA 70809
(225) 929-7481
COUNSEL FOR PLAINTIFFS/APPELLEES:
  Carl Jones, Sr.
  Brenda Jones
  Steven Joseph
  Constance Joseph

Patrick C. Morrow
Morrow, Morrow, Ryan & Bassett
324 West Landry Street
Opelousas, LA 70571
(337) 948-4483
COUNSEL FOR PLAINTIFFS/APPELLEES:
Carl Jones, Sr.
Brenda Jones
Steven Joseph
Constance Joseph

Victor J. Versaggi
Jamie P. Parker
Domengeaux, Wright, Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA 70502
(337) 233-3033
COUNSEL FOR PLAINTIFFS/APPELLEES:
Carl Jones, Sr.
Brenda Jones
Steven Joseph
Constance Joseph

Edward P. Landry
Landry, Watkins, Repaske & Breaux
P. O. Drawer 12040
New Iberia, LA 70562-2040
(337) 364-2715
COUNSEL FOR DEFENDANTS/APPELLANTS:
Centerpoint Energy Entex
Centerpoint Energy Resources Corporation
Centerpoint Energy Marketing, Inc.
Entex Gas Resources Corporation
Centerpoint Energy Gas Services, Inc.
Centerpoint Energy Gas Transmission Company
Reliant Energy Resources Corporation

Randy G. Donato
Robbie A. Moehlmann
Donato, Minx & Brown
3200 SW Freeway, Suite 2300
Houston, TX 77027
(713) 877-1112
COUNSEL FOR DEFENDANTS/APPELLANTS:
Centerpoint Energy Entex
Centerpoint Energy Resources Corporation
Centerpoint Energy Marketing, Inc.
Entex Gas Resources Corporation
Centerpoint Energy Gas Services, Inc.
Centerpoint Energy Gas Transmission Company
Reliant Energy Resources Corporation

**H. Alston Johnson, III**
**Daina Bray**
**Phelps Dunbar L.L.P.**
**P.O. Box 4412**
**Baton Rouge, LA 70821-4412**
**(225) 346-4412**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Centerpoint Energy Entex**
    **Centerpoint Energy Resources Corporation**
    **Centerpoint Energy Marketing, Inc.**
    **Entex Gas Resources Corporation**
    **Centerpoint Energy Gas Services, Inc.**
    **Centerpoint Energy Gas Transmission Company**
    **Reliant Energy Resources Corporation**

PETERS, J.

For the reasons assigned in *Jones v. Centerpoint Energy Entex*, 11-2 (La.App. 3 Cir. ___/___/____), ____ So.3d _____, we affirm the trial court judgment in favor of Dai'Jhnea Joseph, Steven Joseph, and Constance Joseph in all respects. We assess all costs of this appeal to the defendants, Centerpoint Energy Entex; Centerpoint Energy Resources Corporation; Centerpoint Energy Marketing, Inc.; Entex Gas Resources Corporation; Centerpoint Energy Gas Services, Inc.; Centerpoint Energy Gas Transmission Company; and Reliant Energy Resources Corporation.

**AFFIRMED.**